UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICIA ROUSSETY
Individually and on behalf of others similarly situated,

    Plaintiff,

 -vs-                                  Case No. 14-11677
                                          Hon. John Corbett O'Meara

NATIONAL CREDITORS CONNECTIONS, INC. ,
GREEN TREE SERVICING, LLC,

    Defendant.
_____/

## **JUDGMENT AGAINST NATIONAL CREDITORS CONNECTION, INC. FOLLOWING RULE 68 OFFER**

Pursuant to National Creditors Connection, Inc.'s ("NCCI") Rule 68 Offer of Judgment, the Court hereby enters judgment in favor of Patty Roussety against NCCI in the amount of $20,000 along with reasonable costs and attorney fees incurred by Plaintiff in connection with this action. Said costs and fees are to be in amount agreed upon by counsel for the parties, or if they are unable to agree, as determined by motion within 30 days of entry of this judgment.

This Judgment resolves all Plaintiff's claims against NCCI, with the exception of resolution of costs and attorney fees referenced above. Ms. Roussety's acceptance

of NCCI's Rule 68 offer in no way settles her claims against Green Tree Servicing, LLC, or prejudices her in any way from pursuing her claims against Green Tree.

**SO ORDERED.**

Date: April 2, 2015                             s/John Corbett O'Meara
                                                United States District Judge


Stipulated To By:


s/ Julie A. Petrik                              s/ by consent Randall J. Groendyk
Julie A. Petrik (P47131)                        Randall J. Groendyk
Attorney For Plaintiff                          Attorney for NCCI
Lyngklip & Associates Consumer Law              Varnum LLC
Center, PLC                                     Bridgewater Place
Southfield, MI 48075                            PO Box 352
 (248) 208-8864                                 Grand Rapids, MI 49501
Julie@MichiganConsumerLaw.Com                   (616)336-6573
                                                rgroendyk@varnumlaw.com