UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICIA ROUSSETY,
Individually and on behalf of others similarly situated,

    Plaintiff,

 -vs-                                    Case No. 2:14-CV-11677-JCO-MJH
                                         Hon. John Corbett O'Meara
                                         Magistrate Judge: Michael J. Hluchaniuk

NATIONAL CREDITORS CONNECTIONS, INC. ,
GREEN TREE SERVICING, LLC ,
    Defendants.

## **STIPULATED ORDER OF DISMISSAL**

Having been advised by the stipulation of the parties below, it is ordered that the claims against Green Tree Servicing, LLC, are dismissed with prejudice and without costs, attorney fees or sanctions to any party.

The court retains jurisdiction only for purposes of enforcing the settlement in this matter.

    **SO ORDERED.**

Date: July 10, 2015                          s/John Corbett O'Meara
                                         United States District Judge

Stipulated To By:

| | |
|---|---|
| s/ Julie A. Petrik (P47131) | s/ by consent Martin C. Bryce Jr. |
| Attorney For Plaintiff | Attorney for Green Tree Servicing, LLC |
| Lyngklip & Associates Consumer Law Center, PLC | Martin C. Bryce, Jr.<br>Ballard Spahr LLP |
| Southfield, MI 48075 | 1735 Market Street, 51st Floor |
| (248) 208-8864 | Philadelphia, PA 19103 |
| Julie@MichiganConsumerLaw.Com | 215-864-82 |
| | Bryce@ballardspahr.com |