UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

PATRICIA ROUSSETY,
Individually and on behalf of others similarly situated,

    Plaintiff,

-vs-                                      Case No. 2:14-CV-11677-JCO-MJH
                                            Hon. John Corbett O'Meara
                                            Magistrate Judge: Michael J. Hluchaniuk

NATIONAL CREDITORS CONNECTIONS, INC.,
GREEN TREE SERVICING, LLC,

    Defendants.

## Notice of Satisfaction of Judgment

Take notice that National Creditors Connections, Inc., has fully satisfied the judgment entered by this Court on April 2, 2015 (Dkt. 39).

                                              Respectfully Submitted,

                                              By: <u>s/ Julie A. Petrik (P47131)</u>
                                              LYNGKLIP & ASSOCIATES
                                              CONSUMER LAW CENTER, PLC
                                              Attorney For Patricia Roussety
                                              24500 Northwestern Highway, Ste. 206
                                              Southfield, MI 48075
                                              (248) 208-8864
                                              Julie@MichiganConsumerLaw.Com

Dated: July 29, 2015

## Certificate of Service

I hereby certify that on July 29, 2015, I served this document on the following parties:

| Party | Manner Served |
|---|---|
| Randall Groendyk<br>Attorney for NCCI<br>Varnum, LLP<br>333 Bridge St., N.W.<br>Grand Rapids , MI  49501 | Electronically via the CM/ECF System |
| Jonathan Engman<br>Fabrizio & Brook, P.C.<br>700 Tower Drive<br>Troy, MI 48098 | Electronically via the CM/ECF System |

Respectfully Submitted,

By:  s/ Julie A. Petrik (P47131)
LYNGKLIP & ASSOCIATES
CONSUMER LAW CENTER, PLC
Attorney For Patricia  Roussety
24500 Northwestern Highway, Ste. 206
Southfield, MI 48075
(248) 208-8864
Julie@MichiganConsumerLaw.Com

Dated: July 29, 2015